To : Clerk Of Appeals
　　Tim Curry
　　Criminal Justis Center

RECEIVED

MAR 2 5 2015

COURT OF APPEAL
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

I spoke with you on March 18th 2015 you told me to send you the parts of the trail transcripts that my Son would need on the second page you will see the list

My son name is : Frank E. Byrd III

　　　　Style: Frank Edward Byrd III vs State

　　　　Case # 02 – 12 – 00617 - CR

　　　　Style: ( English )

Contact info Vickie L McCullough
　　　　　　3500 Clary Ave,
　　　　　　Fort Worth, TX. 76111
　　　　　　(817) 831-4140

Please send me a statement on what it will cost in total

Thank You For Your Help
Vickie L. McCullough

in my transcripts:

#1. "Both States witness testimonies of Pre-trial and trial of Detective Cedillo.

#2. States witness Stephen Partain's testimony (Police officer)

#3. States witness Berry Foster's testimony.

#4. Officer Chris Bane's testimony.

#5. Glynn Dill autopsy technician testimony.

#6. Dr. Marc Krouse testimony. Chief Medical Examiner.

#7. Michael Ward States firearms expert.

#8. Nora Price testimony.

#9. States Exhibit 113 and 114 transcribed. (Reporter Record VI 198 - VII 19

#10. Judges Statements in regard to Mistake of Fact Section 8.02 T.P.C (Reporter Record VII 84-95.) "All of it"

#11. Voir Dire Examination of Venire Panel. (All of the transcribed) questions and responses. "I do not need Names". (Can be Found around Reporter Record IV. 151)

#12. Judges response and Statements in regard to "Motion to Suppress January 9th and 18th Statements. (R.R. II 63-67 thru II 92-99 thru VI 151

Vickie McCullough
3500 Clary Ave.
F+W. TX 76111

RECEIVED
MAR 2 5 2015
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Clerk of Appeals
Tim Curry
Criminal Justice Center
401 W. Belnap
Suite 9000
Fort Worth